

FILE COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**12/9/2015**                                                    **COA No. 12-12-00425-CR**
**JOHNSON, TERENCE    Tr. Ct. No. 12-06-00189-CR**              **PD-0228-14**
On this day, the State's motion for rehearing has been denied.

Abel Acosta, Clerk

12TH COURT OF APPEALS  CLERK
PAM ESTES
1517 W. FRONT, ROOM 354
TYLER, TX  75701
* DELIVERED VIA E-MAIL *